UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO._____8:92-cv-1016-T-MAP_____          DATE __4/14/10_____

TITLE ____Construction & Demolition Disposal, Inc. et al. v. City of Bartow, Florida
TIME_____10:07a.m.-10:11a.m_____          TAPE__ digital_____
THE HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:_Allison Goodman Gold_____

Court Reporter:_____n/a_____

Attorney(s) for Plaintiff Republic Services Limited Partnership:  J. Kemp Brinson
Attorney(s) for Defendant City of Bartow, Florida:  Sean Parker
Attorney(s) for O-M Holdings, LLC and SW Partnership:  Robert Barnes, Jr.

PROCEEDINGS:          Status Conference

* The parties updated the Court as to the status of settlement discussions between the City of Bartow and O-M Holdings, LLC and SW Partnership.  No settlement has been reached.